IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ASSEFA GABREL EGZIABHER, JR.                                          PLAINTIFF

v.                          Civil No. 5:20-cv-05004

DETECTIVE MCILROY, Fayetteville Police
Department (FPD); and OFFICER JASON COOPER              DEFENDANTS

## OPINION AND ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

On July 21, 2020, Defendants filed a Motion to Stay and for Sanctions (ECF No. 21). The Court stayed the deadlines set forth in the Initial Scheduling Order (ECF No. 22). Defendants sought sanctions pursuant to Rule 37(d) of the Federal Rules of Civil Procedure based on Plaintiff's failure to appear for his deposition. As a result of Plaintiff's non-appearance, Defendants' counsel incurred costs for the court reporter's appearance fee and transcript in the amount of $203.00. Plaintiff responded (ECF No. 23) to the motion for sanctions indicating he concurred with the imposition of sanctions.

On September 9, 2020, Defendants' Motion for Sanctions was granted. (ECF No. 24). Plaintiff was directed to pay the amount of $203.00 to Defendants' counsel by no later than October 9, 2020. *Id.* Plaintiff was advised that failure to pay the sanctions would result in the dismissal of this case. If Plaintiff failed to pay the sanctions, Defendants were directed to so notify the Court. *Id.*

1

On October 12, 2020, Defendants filed a notice (ECF No. 25) stating that no payment had been made by the Plaintiff.  This case is **DISMISSED WITHOUT PREJUDICE.**  Upon payment in full of the sanctions and proof that he has allowed his deposition to be taken, Plaintiff may file a motion to reopen this case.

IT IS SO ORDERED this 13th day of October 2020.

/s/ P.K. Holmes, III
P. K. HOLMES, III
U.S. DISTRICT JUDGE